UNITED STATES DISTRICT COURT

ORIGINAL

DISTRICT OF MINNESOTA

MINNESOTA LABORERS HEALTH AND WELFARE FUND; MINNESOTA LABORERS PENSION FUND; MINNESOTA LABORERS VACATION FUND; CONSTRUCTION LABORERS' EDUCATION AND TRAINING FUND OF MINNESOTA AND NORTH DAKOTA; MINNESOTA LABORERS EMPLOYERS COOPERATION AND EDUCATION TRUST,

Civ. File No. 01-2054 JMR/SRN

Plaintiffs,

vs.

**NOTICE OF DISMISSAL WITHOUT PREJUDICE OF DEFENDANT WOODROW HANSON AND ORDER**

H & W CONSTRUCTION SERVICES, INC., WOODROW HANSON, individually, and GERALD WINGE, individually,

Defendants.

**PLEASE TAKE NOTICE** that pursuant to Fed.R.Civ.P. 41(a)(1), the Plaintiffs hereby dismiss without prejudice Defendant Woodrow Hanson from the above-captioned matter, due to their inability to effect service upon Woodrow Hanson. The Plaintiffs will proceed against Defendants H & W Construction Services, Inc. and Gerald Winge.

Date: December 11, 2001

McGRANN SHEA ANDERSON CARNIVAL STRAUGHN & LAMB, CHARTERED

By [signature]
Pamela Hodges Nissen
Att'y Reg. No. 259810
800 Nicollet Mall, Suite 2600
Minneapolis, MN 55402
Telephone: (612) 338-2525

ATTORNEYS FOR PLAINTIFFS

FILED
RICHARD D. SLETTEN, CLERK
DEC 17 2001
JUDGEMENT ENTER
DEPUTY CLERK'S INITIALS ______

**ORDER**

IT IS HEREBY ORDERED that Defendant Woodrow Hanson is dismissed from this action without prejudice, that the action shall proceed against the corporate Defendant H & W Construction Services, Inc. and Gerald Winge, and that the caption shall be changed accordingly.

Date: December 12th, 2001

James M. Rosenbaum
Judge of District Court