UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

Civil No. 01-2054 JMR/SRN

MINNESOTA LABORERS HEALTH AND WELFARE FUND; MINNESOTA LABORERS PENSION FUND; MINNESOTA LABORERS VACATION FUND; CONSTRUCTION LABORERS' EDUCATION AND TRAINING FUND OF MINNESOTA AND NORTH DAKOTA; MINNESOTA LABORERS EMPLOYERS COOPERATION AND EDUCATION TRUST,

Plaintiffs,

vs.

H & W CONSTRUCTION SERVICES, INC. and GERALD WINGE, individually,

Defendants.

**SATISFACTION OF JUDGMENT**

Pamela Hodges Nissen, as attorney for the Minnesota Laborers Fringe Benefit Funds, the Plaintiffs herein, hereby certifies that the judgment entered and docketed in the court in the above-entitled action on the 7th day of March, 2002, in the amount of Twelve Thousand Eight Hundred Two Dollars and 25/100 ($12,802.25) has been fully satisfied.

IN TESTIMONY WHEREOF, I have hereunto set my hand this 10th day of March, 2006.

McGRANN SHEA ANDERSON CARNIVAL
STRAUGHN & LAMB, CHARTERED

By: s/Pamela Hodges Nissen
Pamela Hodges Nissen
Atty. Reg. No. 259810
800 Nicollet Mall, Suite 2600
Minneapolis, MN 55402
Telephone: (612) 338-2525
*Attorneys for Plaintiffs*

On March 10, 2006, before me personally appeared Pamela Hodges Nissen, known to be the person described herein and who executed the foregoing instrument, and acknowledged that she executed the same as her free act and deed.

s/Kari L. Breems
Kari L. Breems, Notary Public

237957.DOC