# AFFIDAVIT OF SERVICE

STATE OF MINNESOTA )
) ss.
COUNTY OF ANOKA )

Kari L. Breems, being first duly sworn upon oath, deposes and states that on March 10, 2006, she served a copy of the following:

1. Satisfaction of Judgment; and
2. Affidavit of Service.

upon:

Mr. Gerald Winge
H & W Construction Services, Inc.
12835 Swallow Street NW
Coon Rapids, MN 55448

by depositing the same with postage prepaid with the United States mail at Minneapolis, Minnesota.

s/Kari L. Breems
Kari L. Breems

Subscribed and sworn to before me
this March 10, 2006.

s/Tobi C. Harris
Tobi C. Harris, Notary Public

239426